IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLENN RICKY BLAND                                                                              PETITIONER
ADC #140739

V.                               Case No. 5:11CV00286 DPM-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

Petitioner has filed a petition for a writ of habeas corpus and paid the filing fee.

The Clerk will serve a copy of the petition (docket entry #1) and this Order on the Respondent and Attorney General by regular mail.

The Respondent will file an answer, motion, or other pleading responsive to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Court, within twenty-one (21) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 8th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE