**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

GLENN RICKY BLAND,                                                                                          PLAINTIFF
ADC #140739

v.                                        No. 5:11CV00286 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                                 DEFENDANT

## ORDER

Glenn Ricky Bland has filed a motion for an extension of time to file objections to the magistrate judge's Proposed Findings and Recommendations entered on June 12, 2012. The motion is GRANTED. Document #10. The time within which Bland must file his objections is extended up to and including July 6, 2012.

IT IS SO ORDERED this 21st day of June, 2012.

                                                                                         _____
                                                                                         J. LEON HOLMES
                                                                                         UNITED STATES DISTRICT JUDGE