**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

GLENN RICKY BLAND,                                                                PLAINTIFF
ADC #140739

v.                                     No. 5:11CV00286 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                DEFENDANT

<u>**ORDER**</u>

     Glenn Ricky Bland has filed a motion for an extension of time to file objections to the

magistrate judge's Proposed Findings and Recommendations entered on June 12, 2012.  The motion

is GRANTED.  Document #10.  The time within which Bland must file his objections is extended up

to and including July 6, 2012.

     IT IS SO ORDERED this 21st day of June, 2012.

                                    _____
                                      J. LEON HOLMES
                                      UNITED STATES DISTRICT JUDGE