## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| GLENN RICKY BLAND, <br> ADC # 140739 <br>    Petitioner, <br><br> v. <br><br> RAY HOBBS, Director, <br> Arkansas Department of Correction <br>    Respondent. | **Case No. 5:11CV00286 JLH-JTK** |

## FINAL JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 13th day of July, 2012.

_____
J. Leon Holmes
United States District Judge