## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

GLENN RICKY BLAND,                                                                                    PLAINTIFF
ADC #140739

v.                                    No. 5:11CV00286 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                                     DEFENDANT

### ORDER

The Court has previously entered an Order adopting the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney. Magistrate Judge Kearney recommended that the Court dismiss the habeas corpus petition of Glenn Ricky Bland because the petition is barred by the statute of limitations and because his claim was not presented to the state courts. Bland has filed a motion for reconsideration in which he addresses the merits of his petition but not the procedural grounds on which it was dismissed. The motion for reconsideration is DENIED. Document #15. The motion for certificate of appealability is again denied because no reasonable jurist could disagree with the conclusion that Bland's petition was untimely and barred because it was not presented to the state courts.

IT IS SO ORDERED this 31st day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE